UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARZELL BENTON,<br><br>                              Plaintiff,<br><br>-against-<br><br>KUMAR CIDAMBI; INDRA CIDAMBI; FRED L. SEEMAN; LAW OFFICE OF FRED L. SEEMAN; PAUL A. GOETZ; VERA ZOLOTARYOVA; BRANDON WEISMAN; STEVEN KIRKPATRICK; MEGHILA LLC; ROMER DEBBAS LLP; JASON ALEXANDER GOODMAN,<br><br>                              Defendants. | 24CV5489 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 28, 2024, order, this action is dismissed. Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The request for issuance of summonses is denied as moot. Plaintiff is warned that if he pursues further duplicative or vexatious litigation in this Court, he may be ordered to show cause why he should not be barred from filing new actions IFP without prior permission. See 28 U.S.C. § 1651. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 31, 2024
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge